IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE RUFFIN,<br><br>            Plaintiff,<br><br>      vs.<br><br>OFFICER DUNCAN, et al.,<br><br>            Defendants. | CASE NO. CV-F-04-6552 OWW LJO<br><br>**ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION** |

**BACKGROUND**

Plaintiff Jackie Ruffin ("plaintiff") is a state prisoner and proceeds pro se and in forma pauperis in this purported civil rights action under 42 U.S.C. § 1983 ("section 1983"). On November 15, 2004, plaintiff filed his form complaint ("original complaint") to name as defendants Kern County Sheriff's Department Officers P. Duncan and Kessler (collectively "defendants"). According to the original complaint, plaintiff apparently encountered defendants who denied him medical treatment when he had a seizure on the ground. The original complaint did not seek particular relief.

The magistrate judge issued his November 24, 2004 order to dismiss plaintiff's original complaint based its pleading deficiencies and failure to state a section 1983 claim. On January 28, 2005, plaintiff filed his form amended complaint ("amended complaint") to claim that defendant Officer P. Duncan denied medical attention which plaintiff "wanted and desperately needed for [a] seizure and later came to find out for a spider bite." As for relief, the amended complaint states: "I would like the court

to win the case so I can have some money please." The amended complaint lacks allegations regarding defendant Officer Kessler.

On March 9, 2005, the magistrate judge issued his findings and recommendations to dismiss this action without prejudice on grounds: (1) plaintiff has failed to file a complaint to state a cognizable claim; and (2) a further attempt at amendment is unwarranted based on the deficiencies of the original and amended complaints. Despite receiving extensions, plaintiff has filed no timely objections to the findings and recommendations.

**CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. After carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's March 9, 2005 findings and recommendations;
2. DISMISSES this action without prejudice on grounds: (1) plaintiff has failed to file a complaint to state a cognizable claim; and (2) a further attempt at amendment is unwarranted based on the deficiencies of the original and amended complaints; and
3. DIRECTS this Court's clerk to close this action.

IT IS SO ORDERED.

**Dated:   May 5, 2005**          **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE